1

2

3

4

5                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,              CASE NO.
                                          13-CR-6016-EFS-6
8                       Plaintiff,        13-CR-6016-EFS-7
9            v.                           13-CR-6016-EFS-8
                                          13-CR-6016-EFS-9
10  KENNETH ALAN BAIRD (6),
    JAMES MICHAEL HAY (7),
11  PERRY MARK HOWARD (8), and     ORDER ENTERING JUDGMENT OF
    MARK NORRIS JOHNSON (9),       ACQUITTAL AND DISCHARGING
12                                 PRETRIAL RELEASE CONDITIONS
                        Defendants.
13

14       On October 30, 2014, the jury returned a not-guilty verdict for

15  Defendants Kenneth Alan Baird, James Michael Hay, Perry Mark Howard,

16  and Mark Norris Johnson on Counts 1, 8, 9, and 12, the only counts

17  charged against these Defendants.  Therefore, the Court now enters a

18  judgment of acquittal for these Defendants on all counts.

19       Accordingly, **IT IS HEREBY ORDERED**:

20       **1.**   Counts 1, 8, 9, and 12 are **DISMISSED** as against Defendants

21              Kenneth Alan Baird, James Michael Hay, Perry Mark Howard,

22              and Mark Norris Johnson, and these Defendants are

23              **ACQUITTED**.

24       **2.**   Defendants Kenneth Alan Baird, James Michael Hay, Perry

25              Mark Howard, and Mark Norris Johnson are **DISCHARGED** from

26              their previously imposed conditions of pretrial release as

ORDER - 1

1    of October 30, 2014, the date the not-guilty verdict was

2    returned.

3    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

4 Order and provide copies to all counsel and to the U.S. Probation

5 Office.

6    **DATED** this  31st  day of October 2014.

7

8                              s/Edward F. Shea

                              EDWARD F. SHEA

9              Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26